Certificate Number: 05781-VAE-DE-041193429

Bankruptcy Case Number: 26-32646



05781-VAE-DE-041193429

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 11, 2026, at 9:38 o'clock AM PDT, Nicholas Bronson completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:   July 11, 2026                          By:      /s/Allison M Geving

                                               Name:   Allison M Geving

                                               Title:   President